36 So.2d 117

### John Vernon HANEY v. STATE.
7 Div. 968.

Supreme Court of Alabama.
June 3, 1948.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of John Vernon Haney for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Haney v. State, 36 So.2d 116.

The certiorari is stricken for failure to comply with Rules of Practice in Supreme Court, rule 36, Code 1940, Tit. 7, Appendix, p. 1017. Allen v. State, 249 Ala. 201, 30 So.2d 483; Peterson v. State, 248 Ala. 179, 27 So.2d 30.

GARDNER, C. J., and FOSTER, LAWSON, and STAKELY, JJ., concur.

35 So.2d 702

### W. J. GLENN v. Shelby BLACKMAN et al.
4 Div. 508.

Supreme Court of Alabama.
June 3, 1948.

W. R. Martin, of Ozark, and J. Hubert Farmer, of Dothan, opposed.

GARDNER, Chief Justice.

Petition of W. J. Glenn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Glenn v. Blackman, Ala.App., 35 So.2d 698.

Writ denied.

FOSTER, LAWSON, and STAKELY, JJ., concur.